1   Michael D. Rounds
    Nevada Bar No. 4734
2   Ryan J. Cudnik
    Nevada Bar No. 12948
    Steven A. Caloiaro
3   Nevada Bar. No. 12344
    WATSON ROUNDS
4   10000 West Charleston Blvd., Ste. 240
    Las Vegas, Nevada 89135
5   Telephone: (702) 636-4902
    Facsimile: (702) 636-4904
6   E-Mail: mrounds@watsonrounds.com
            rcudnik@watsonrounds.com
7           scaloiaro@watsonround.com

8   *Attorneys for Defendant*
    *and Counterclaimant*
9   *GALAXY GAMING, INC.*

10

11

12              **UNITED STATES DISTRICT COURT**

13                    **DISTRICT OF NEVADA**

14

15   AGS, LLC, a Delaware limited liability          Case No. 2:14-cv-02018-JAD-CWH
16   company; RED CARD GAMING, INC., a
     Nevada corporation,                             **STIPULATION TO SEAL DKT. # 55-4**
17
              Plaintiffs and Counter-Defendants,
18
     v.
19
     GALAXY GAMING, INC., a Nevada
20   corporation,
21
              Defendant and Counterclaimant.
22

23        Plaintiffs and Counter-Defendants AGS, LLC ("AGS") and Red Card Gaming, Inc.

24   ("Red Card") (collectively, "Plaintiffs"), by and through their counsel, Holland & Hart LLP, and

25   Defendant and Counterclaimant Galaxy Gaming, Inc. ("Galaxy" or "Defendant"), by and

26

27

28

                                        - 1 -

through its counsel Watson Rounds, hereby stipulate and agree that the AGS-Red Card Letter of Intent (Dkt. # 55-4) should be treated as confidential business information and should be sealed.[1]

Pursuant to the Ninth Circuit's ruling in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006), "compelling reasons" exist to justify sealing the document. Prior to Plaintiffs' production of the document, the parties agreed to maintain the document in confidence, at least preliminarily, but Galaxy inadvertently filed it without placing it under seal. "Fed. R. Civ. P. 26(c)(1)(G) anticipates that the court may require that 'a trade secret or other confidential research, development, or commercial information not be revealed….'" *Selling Source, LLC v. Red River Ventures, LLC*, No. 2:09-cv-01491-JCM-GFW, 2011 WL 1630338, at *1 (D. Nev. Apr. 29, 2011).

///
///
///
///
///
///
///
///
///
///
///
///

---

[1] This action is in its early stages and a protective order has not yet been entered.  Defendant reserves the right to contest any or all of the following:  (i) whether the information that is the subject of this Stipulation constitutes confidential business information, (ii) whether the information that is the subject of this Stipulation is in need of any protection, or (iii) whether Plaintiffs would incur any harm by the disclosure of this information.

1   For all of the reasons above and to maintain the confidentiality of this narrowly tailored

2   information, the parties request that Dkt. # 55-4 be sealed by the Court.

3   DATED:  March 10, 2015

4

5   **HOLLAND & HART LLP**                           **WATSON ROUNDS**

6   /s/  Ryan Loosvelt                               /s/  Ryan J. Cudnik
    Robert C. Ryan (7164)                            Michael D. Rounds (4734)
7   Tamara Reid (9840)                               Ryan J. Cudnik (12948)
    5441 Kietzke Lane, Second Floor                  Steven A. Caloiaro (12344)
8   Reno, Nevada  89511                              10000 West Charleston Blvd., Suite 240
                                                     Las Vegas, Nevada 89135
9   Bryce K. Kunimoto (7781)
    Ryan Loosvelt (8550)                             *Attorneys for Defendant*
10  9555 Hillwood Drive, 2nd Floor
    Las Vegas, Nevada 89134
11
    *Attorneys for Plaintiffs*
12

13

14                                                   **ORDER**

15

16  **IT IS SO ORDERED**.

17  Dated:  March 11, 2015.          _____
                                     U.S. DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28