Robert C. Ryan (7164)
Tamara Reid (9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com
treid@hollandhart.com

Bryce K. Kunimoto (7781)
Ryan Loosvelt (8550)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
bkunimoto@hollandhart.com
rloosvelt@hollandhart.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AGS, LLC, a Delaware limited liability company; RED CARD GAMING, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GALAXY GAMING, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:14-cv-02018-JAD-CWH<br><br>**STIPULATION FOR PLAINTIFFS TO FILE THEIR RESPONSES TO DEFENDANT'S MOTIONS TO SEAL** |

Plaintiffs AGS, LLC and Red Card Gaming, Inc. (collectively, "Plaintiffs"), by and through their counsel, Holland & Hart LLP, and Defendant Galaxy Gaming, Inc. ("Defendant"), by and through its counsel Watson Rounds, hereby stipulate and agree as follows:

Defendant filed a Motion to Seal on February 5, 2015 [Doc.47] and a Motion to Seal on February 13, 2015 [Doc. 54].  Due to a calendaring error, Plaintiffs inadvertently filed their Oppositions to the Motions March 11, 2014, after their respective deadlines.  [Doc. 66-67].  Defendant filed replies.  [Doc. 72-73].

1

There being no prejudice from the filings after the deadlines, the parties stipulate and agree to Plaintiffs filing their Oppositions [Doc. 66-67] on the dates they were previously filed respectively.

| HOLLAND & HART LLP | WATSON ROUNDS |
|---|---|
| */s/ Ryan Loosvelt* <br> Robert C. Ryan (7164) <br> Tamara Reid (9840) <br> 5441 Kietzke Lane, Second Floor <br> Reno, Nevada 89511 | */s/ Michael D. Rounds* <br> Michael D. Rounds (4734) <br> Ryan J. Cudnik (12948) <br> 10000 West Charleston Blvd., Suite 240 <br> Las Vegas, Nevada 89135 |
| Bryce K. Kunimoto (7781) <br> Ryan Loosvelt (8550) <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, Nevada 89134 | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

**ORDER**

**IT IS SO ORDERED**.

DATED: March 31, 2015

_____
United States Magistrate Judge

7673217_1