1  Michael D. Rounds
   Nevada Bar No. 4734
2  Ryan J. Cudnik
   Nevada Bar No. 12948
3  Steven A. Caloiaro
   Nevada Bar. No. 12344
4  WATSON ROUNDS
   10000 West Charleston Blvd., Ste. 240
5  Las Vegas, Nevada 89135
   Telephone: (702) 636-4902
6  Facsimile: (702) 636-4904
   E-Mail: mrounds@watsonrounds.com
7          rcudnik@watsonrounds.com
           scaloiaro@watsonround.com
8
   *Attorneys for Defendant*
9  *and Counterclaimant*
   *GALAXY GAMING, INC.*

10

11

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF NEVADA**

14

15

16  AGS, LLC, a Delaware limited liability          Case No. 2:14-cv-02018-JAD-CWH
    company; RED CARD GAMING, INC., a
17  Nevada corporation,
                                                     **STIPULATION REGARDING RULE 26(f)**
18          Plaintiffs and Counter-Defendants,       **DISCOVERY PLAN AND [PROPOSED]**
                                                     **ORDER REGARDING RULE 16(b)**
19  v.                                               **SCHEDULING ORDER**

20  GALAXY GAMING, INC., a Nevada
    corporation,
21
            Defendant and Counterclaimant.
22

23

24          Pursuant to Rules 26(f) and 26(a)(1)(B)(viii)-(ix) of the Federal Rules of Civil Procedure

25  and Local Rule 26-1, Plaintiffs and Counter-Defendants AGS, LLC ("AGS") and Red Card

26  Gaming, Inc. ("Red Card") (collectively, "Plaintiffs"), by and through their counsel, Holland &

27  Hart LLP, and Defendant and Counterclaimant Galaxy Gaming, Inc. ("Galaxy" or "Defendant"),

28  by and through its counsel Watson Rounds, hereby stipulate and agree as follows:

                                         - 1 -

1     The parties have filed competing motions for preliminary injunction.  (Dkt. #8; Dkt. #15).

2  Defendant also filed a Motion to Compel Arbitration (Dkt. #24), and Plaintiffs filed a Limited

3  Opposition thereto (Dkt. #38) that did not dispute the arbitration provision in the September 21,

4  2012 Asset Purchase Agreement ("APA") between Red Card and Galaxy.  All of these motions

5  are scheduled for hearing on April 6, 2015.  The current substantive issues in those motions to be

6  decided by this Court relate to (i) the parties' motions for preliminary injunction, which have

7  been fully briefed, and (ii) which tribunal should decide the motions for preliminary injunction.

8  Defendants additionally filed multiple Motions to Seal (Dkt. #14, 19, 23, 47, 54), and Plaintiffs

9  additionally filed a Motion to Strike Defendant's Reply (Dkt. #60).

10     Accordingly, the parties stipulate and agree that discovery in this District Court action

11  should be stayed, and that no Scheduling Order is necessary, at this time.  Plaintiffs and

12  Defendant each reserve the right to request, and this Stipulation is without prejudice to such a

13  request (if any), for discovery and/or a scheduling order in this matter should the need arise, for

14  example, due to the parties' competing motions for preliminary injunction and/or Plaintiffs'

15  Motion to Strike.

16     DATED:  March 10, 2015

17  **HOLLAND & HART LLP**          **WATSON ROUNDS**

18  /s/  Ryan Loosvelt             /s/  Ryan J. Cudnik
      Robert C. Ryan (7164)          Michael D. Rounds (4734)

19  Tamara Reid (9840)            Ryan J. Cudnik (12948)
      5441 Kietzke Lane, Second Floor     Steven A. Caloiaro (12344)

20  Reno, Nevada  89511          10000 West Charleston Blvd., Suite 240
                                    Las Vegas, Nevada 89135

21  Bryce K. Kunimoto (7781)        Attorneys for Defendant
      Ryan Loosvelt (8550)

22  9555 Hillwood Drive, 2nd Floor
      Las Vegas, Nevada 89134

23  Attorneys for Plaintiffs           **ORDER**

24  **IT IS SO ORDERED**.  The parties are directed to file a joint status report within ten days

25  of the district judge deciding either the pending motion to compel arbitration (doc. # 24)
      or the motions for preliminary injunction (docs. # 8, # 15).

26  DATED: April 17, 2015

27                     _____

28                     United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **STIPULATION REGARDING RULE 26(f) DISCOVERY PLAN AND [PROPOSED] ORDER REGARDING RULE 16(b) SCHEDULING ORDER**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

DATED March 10, 2015                  _/s/ Jeff Tillison_____
                                      An Employee of Watson Rounds