Robert C. Ryan (7164)
Tamara Reid (9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com
treid@hollandhart.com

Bryce K. Kunimoto (7781)
Ryan Loosvelt (8550)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
bkunimoto@hollandhart.com
blwright@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AGS, LLC, a Delaware limited liability company; RED CARD GAMING, INC., a Nevada corporation,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>GALAXY GAMING, INC., a Nevada corporation,<br><br>Defendant and Counterclaimant. | Case No. 2:14-cv-02018-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE RESPONSE TO GALAXY'S MOTION TO LIFT STAY AND TO CONFIRM BINDING ARBITRATION AWARD AND ENTER JUDGMENT (DOC.101)**<br>**[FIRST REQUEST]** |

Pursuant to LR 6-1(b), Plaintiffs AGS, LLC and Red Card Gaming, Inc. (collectively, "Plaintiffs"), by and through their counsel, Holland & Hart LLP, and Defendant Galaxy Gaming, Inc. ("Galaxy"), by and through its counsel Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree as follows:

1. Galaxy's Motion to Lift Stay and to Confirm Binding Arbitration Award and Enter Judgment was filed on February 17, 2016 [Doc 101] ("Galaxy's Motion").

///

///

1

8535764_1

2. Plaintiffs' opposition to Galaxy's Motion is currently due March 7, 2016.

3. The parties stipulate and agree to extend the deadline for the filing of Plaintiffs' opposition to Galaxy's Motion one week, thereby making the date to file the opposition to Galaxy's Motion March 14, 2016.

4. Plaintiffs do not currently contemplate any further requests for extension of time and Galaxy has indicated that it would oppose any such a request.

5. This is the first request for extension pursuant to LR 6-1(b).

| HOLLAND & HART LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| /s/ Tamara Reid<br>Robert C. Ryan (7164)<br>Tamara Reid (9840)<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511 | /s/ Michael D. Rounds<br>Michael D. Rounds (4734)<br>Ryan J. Cudnik (12948)<br>10000 West Charleston Blvd., Suite 240<br>Las Vegas, Nevada 89135 |
| Bryce K. Kunimoto (7781)<br>Ryan Loosvelt (8550)<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134 | *Attorneys for Defendant/Counterclaimant* |

*Attorneys for Plaintiffs/Counter-Defendants*

**ORDER**

**IT IS SO ORDERED**.

DATED this 10 day of March, 2016.

_____
U.S. DISTRICT JUDGE
LLOYD D. GEORGE

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ◆ Fax: (702) 669-4650