1  JAMES D. BOYLE, ESQ. (NBN 08384)
   E-mail: jboyle@nevadafirm.com
2  HOLLEY DRIGGS WALCH
   FINE WRAY PUZEY & THOMPSON
3  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
4  Telephone: 702/791-0308
   Facsimile:  702/791-1912
5
   *Attorneys for Plaintiffs/Counter-Defendants*
6  *AGS, LLC and Red Card Gaming, Inc.*

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

| | |
|---|---|
| AGS, LLC, a Delaware limited liability company; and RED CARD GAMING, INC., a Nevada corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>GALAXY GAMING, INC., a Nevada corporation,<br><br>Defendant/Counterclaimant. | CASE NO.:  2:14-cv-02018-LDG-(CWH)<br><br>**(SECOND) STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO GALAXY'S MOTION TO LIFT STAY AND TO CONFIRM BINDING ARBITRATION AWARDS AND ENTER JUDGMENT**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, Plaintiffs and Counter-Defendants AGS, LLC ("AGS") and Red Card Gaming, Inc. ("RCG"), and Defendant and Counterclaimant Galaxy Gaming, Inc. ("Galaxy"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for AGS and RCG to file a Response to Galaxy's pending Motion to Lift Stay and to Confirm Binding Arbitration Awards and Enter Judgment (the "Arbitration Motion") (DE 111). This is the second stipulation for the extension of the deadline to file a Response to the Arbitration Motion.

Galaxy filed its Arbitration Motion on May 23, 2016. The initial deadline for AGS and RCG to file a responsive brief was June 9, 2016. On this same date, the parties filed a first stipulation and order to extend the deadline for AGS and RCG to file a response to the Arbitration Motion (DE 114), which the Court granted on June 13, 2016 (DE 116).

Subsequently, the parties engaged in settlement discussions regarding this matter, and the parties believe they have reached a full resolution of their disputes. To permit the parties time

- 1 -

11114-78/1708668.doc

to draft and execute their settlement agreement, the parties have agreed to extend the deadline for AGS and RCG to file a response to the Arbitration Motion to July 1, 2016.

Dated this 16th day of June, 2016.

| | |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **BROWNSTEIN HYATT FARBER SHRECK, LLP** |
| /s/ James D. Boyle | /s/ Ryan J. Cudnik |
| JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>400 South Fourth Street<br>Suite 300<br>Las Vegas, Nevada 89101 | MICHAEL D. ROUNDS ESQ.<br>Nevada Bar No. 04734<br>RYAN J. CUDNIK, ESQ.<br>Nevada Bar No. 12948<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 |
| *Attorneys for Plaintiffs and Counter-Defendants AGS, LLC and Red Card Gaming, Inc.* | *Attorneys for Defendant and Counterclaimant Galaxy Gaming, Inc.* |

///

///

## ORDER

UPON STIPULATION OF THE PARTIES, and good cause appearing, the deadline for Plaintiffs and Counter-Defendants AGS, LLC and Red Card Gaming, Inc. to file a Response to Defendant and Counterclaimant Galaxy Gaming, Inc.'s pending Motion to Lift Stay and to Confirm Binding Arbitration Awards and Enter Judgment (DE 111) is hereby extended to July 1, 2016.

IT IS SO ORDERED.

DATED this 20th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

11114-78/1708668.doc

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 16th day of June, 2016, I caused the foregoing document entitled **(SECOND) STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO GALAXY'S MOTION TO LIFT STAY AND TO CONFIRM BINDING ARBITRATION AWARDS AND ENTER JUDGMENT**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Michael D. Rounds, Esq.<br>Ryan J. Cudnik, Esq.<br>BROWNSTEIN HYATT FARBER SHRECK, LLP<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, Nevada 89106 | Galaxy Gaming, Inc. | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

_____
An employee of Holley Driggs Walch Fine Wray Puzey & Thompson

- 3 -

11114-78/1708668.doc