MICHAEL D. ROUNDS ESQ.
Nevada Bar No. 04734
RYAN J. CUDNIK, ESQ.
Nevada Bar No. 12948
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135
E-Mail:     mrounds@bhfs.com
            rcudnik@bhfs.com

*Attorneys for Defendant and Counterclaimant Galaxy Gaming, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AGS, LLC, a Delaware limited liability company; and RED CARD GAMING, INC., a Nevada corporation,<br><br>            Plaintiffs/Counter-Defendants,<br><br>     v.<br><br>GALAXY GAMING, INC., a Nevada corporation,<br><br>            Defendant/Counterclaimant. | CASE NO.:   2:14-cv-02018-LDG-(CWH)<br><br>**STIPULATED PERMANENT INJUNCTION** |

Plaintiffs and Counter-Defendants AGS, LLC ("AGS") and Red Card Gaming, Inc. ("RCG"), and Defendant and Counterclaimant Galaxy Gaming, Inc. ("Galaxy"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1) The Stay in this action (ECF No. 96) is hereby lifted.

2) Galaxy is the owner of any and all rights to the High Card Flush game and trademark.

3)

    (a) RCG and AGS, and their officers, agents, servants, employees and attorneys, and other persons who act in concert or participation with them, shall be enjoined from competing with Galaxy's High Card Flush game in the casino table game marketplace through the advertising, marketing, lease, continued lease, sale or offer for sale of the High Card Flush table game; and

- 1 -

11114-78/1713983.doc

      (b)   RCG and AGS shall further be enjoined in the casino table game marketplace from advertising, marketing, licensing, distributing, leasing or continuing to lease, sell or offer for sale any product or service under the trade name or trademark "High Card Flush," including the logo designed by Galaxy, and used by both parties, or any confusingly similar variations thereof.

4)   This Court retains jurisdiction concerning the enforcement of this Stipulated Permanent Injunction or any issue related to the parties' Settlement Agreement related thereto and upon which it is based.

Dated this 18th day of July, 2016.

| | |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **BROWNSTEIN HYATT FARBER SHRECK, LLP** |
| /s/ James D. Boyle | /s/ Ryan J. Cudnik |
| JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>400 South Fourth Street<br>Suite 300<br>Las Vegas, Nevada 89101 | MICHAEL D. ROUNDS ESQ.<br>Nevada Bar No. 04734<br>RYAN J. CUDNIK, ESQ.<br>Nevada Bar No. 12948<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 |
| *Attorneys for Plaintiffs and Counter-Defendants AGS, LLC and Red Card Gaming, Inc.* | *Attorneys for Defendant and Counterclaimant Galaxy Gaming, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

DATED:_____

11114-78/1713983.doc

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and that on this date a true and correct copy of the foregoing document, **STIPULATED PERMANENT INJUNCTION** will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

DATED July 18, 2016.

                                              */s/ Nancy R. Lindsley*
                                              An Employee of Brownstein Hyatt Farber Schreck, LLP