MICHAEL D. ROUNDS ESQ.
Nevada Bar No. 04734
RYAN J. CUDNIK, ESQ.
Nevada Bar No. 12948
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
E-Mail:     mrounds@bhfs.com
            rcudnik@bhfs.com

*Attorneys for Defendant and Counterclaimant Galaxy Gaming, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AGS, LLC, a Delaware limited liability company; and RED CARD GAMING, INC., a Nevada corporation,<br><br>       Plaintiffs/Counter-Defendants,<br><br>v.<br><br>GALAXY GAMING, INC., a Nevada corporation,<br><br>       Defendant/Counterclaimant. | CASE NO.:   2:14-cv-02018-LDG-(CWH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1) and L.R. 7-1, and in accordance with the terms of a Settlement Agreement and a resulting Stipulated Permanent Injunction, Plaintiffs and Counter-Defendants AGS, LLC and Red Card Gaming, Inc., and Defendant and Counterclaimant Galaxy Gaming, Inc., (individually, a "Party", and collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of all claims alleged in this action with prejudice.  This dismissal does not supersede or affect the Stipulated Permanent Injunction (ECF No. 122) entered by the Court, which remains in full force and effect.

///

///

- 1 -

1. Each Party shall bear its own attorneys' fees and costs incurred in this action.

2. In accordance with the terms of the Settlement Agreement executed by and between the Parties, this Court shall retain jurisdiction with respect to any issue concerning the Settlement Agreement or Stipulated Permanent Injunction.

Dated this 25th day of July, 2016.

| | |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **BROWNSTEIN HYATT FARBER SHRECK, LLP** |
| /s/ James D. Boyle | /s/ Ryan J. Cudnik |
| JAMES D. BOYLE, ESQ. | MICHAEL D. ROUNDS ESQ. |
| Nevada Bar No. 08384 | Nevada Bar No. 04734 |
| 400 South Fourth Street | RYAN J. CUDNIK, ESQ. |
| Suite 300 | Nevada Bar No. 12948 |
| Las Vegas, Nevada 89101 | 100 North City Parkway, Suite 1600 |
| | Las Vegas, Nevada 89106 |
| *Attorneys for Plaintiffs and Counter-Defendants AGS, LLC and Red Card Gaming, Inc.* | *Attorneys for Defendant and Counterclaimant Galaxy Gaming, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE /
LLOYD D. GEORGE

DATED: 4 Aug 2016